Laura A. Stoll (SBN: 255023)
LStoll@goodwinlaw.com
GOODWIN PROCTER LLP
601 South Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673

*Attorneys for Defendants*
*Nationstar Mortgage, LLC and Mr. Cooper*
*Group, Inc.*

*Additional counsel listed below*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ADRIAN SCOTT RANDLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company d/b/a Mr. Cooper, and MR. COOPER GROUP, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 1:24-CV-00177-KES-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER**<br><br>**(Doc. 14)** |

1      Pursuant to Civil Local Rule 144(a), Plaintiff Adrian Scott Randles ("Plaintiff") and

2 Defendants Nationstar Mortgage, LLC and Mr. Cooper Group, Inc. ("Defendants") (together, the

3 "Parties"), by and through their respective attorneys, stipulate as follows:

4      WHEREAS, Plaintiff filed his Complaint on February 7, 2024 (*see* Dkt. No. 1);

5      WHEREAS, Defendants waived service on February 7, 2024 (*see* Dkt. Nos. 5-6);

6      WHEREAS, the current deadline for Defendants' response to the Complaint is April 8,

7 2024;

8      WHEREAS, the Initial Scheduling Conference is scheduled for May 7, 2024;

9      WHEREAS, Plaintiff filed a Motion for Class Certification ("Class Cert. Motion") on

10 February 28, 2024;

11      WHEREAS, Plaintiff served the Class Cert. Motion by mail on February 29, 2024;

12      WHEREAS, Defendants do not have a record of having received service of the Class Cert.

13 Motion;

14      WHEREAS, a hearing on the Class Cert. Motion is noticed for May 1, 2024;

15      WHEREAS, Defendants intend to file a Motion to Transfer Venue to the Northern District

16 of Texas, and the parties agree that, for efficiency of the Court and the Parties' time and

17 resources, the Motion to Transfer should be heard prior to the Class Cert. Motion and prior to

18 Defendants responding to the Complaint;

19      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to

20 the Court's approval:

21      1.     The parties agree that Defendants' anticipated Motion to Transfer Venue

22      should be heard by the Court prior to the Class Cert. Motion and

23      Defendants' response to the Complaint;

24      2.     The deadline for Defendants to respond to the Class Cert. Motion is hereby

25      extended to April 17, 2024; and

26      3.     The deadline for Defendants to respond to the Complaint is hereby

27      extended to May 8, 2024.

28

1

1    This is the Parties' first request for an extension of Defendants' time to respond to the

2    Complaint and the Parties' first request for an extension of Defendants' time to respond to the

3    Class Cert. Motion.

4    **IT IS SO STIPULATED.**

5

6    Dated: March 12, 2024                Respectfully submitted,

7                                         By: /s/ *Patrick H. Peluso* (as authorized on 3/12/2024)

8                                         PATRICK H. PELUSO (*admitted pro hac vice*)
                                          WOODROW & PELUSO, LLC
9                                         3900 East Mexico Avenue, Suite 300
                                          Denver, CO 80210
10                                        ppeluso@woodrowpeluso.com
11                                        Telephone: (720) 213-0676

12                                        *Attorneys for Plaintiff*

13

14   Dated: March 12, 2024                Respectfully submitted,

15                                        By: /s/ *Laura A. Stoll*

16                                        LAURA A. STOLL (SBN: 255023)
                                          lstoll@goodwinlaw.com
17                                        GOODWIN PROCTER LLP
18                                        601 S. Figueroa Street, Suite 4100
                                          Los Angeles, CA 90017
19                                        Tel: +1 213 426 2625
                                          Fax: +1 213 289 7725
20
21                                        *Counsel for Defendants Mr. Cooper Group, Inc. and
                                          Nationstar Mortgage d/b/a Mr. Cooper*
22
23                                        **<u>ORDER</u>**

24        Based on the foregoing stipulation of the parties (Doc. 14), and for good cause shown, it

25   is hereby ORDERED that the deadline for Defendants to respond to the Class Certification Motion

26   is hereby extended to April 17, 2024, and the deadline for Defendants to respond to the Complaint

27   is hereby extended to May 8, 2024.

28

2

1    Because the parties have stipulated to have Defendants' Motion to Transfer (Doc. 15)

2    decided by a District Judge before the pending Motion for Class Certification (Doc. 9), the Court

3    ORDERS that, in the interest of litigation economy and judicial efficiency, Plaintiff's pending

4    Motion for Class Certification (Doc. 9) is HELD IN ABEYANCE until Defendant's Motion to

5    Transfer (Doc. 15) is resolved.

6    The hearing on the Motion for Class Certification, currently set for May 1, 2024, is hereby

7    VACATED, and a hearing will be re-set, if appropriate, after resolution of the Motion to Transfer.

8    If the Court denies the Motion to Transfer, Plaintiffs shall file a notice to re-set the hearing on the

9    Motion for Class Certification within seven (7) days of issuance of the denial order.

10

11

12    IT IS SO ORDERED.

13    Dated: __**March 14, 2024**__           ____/s/ *Sheila K. Oberto*____

14                                                      UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

## **CERTIFICATE OF SERVICE**

2

      I certify under the penalty of perjury that this document filed through the ECF system will

3

be sent electronically to the registered participants as identified on the Notice of Electronic Filing

4

(NEF) and paper copies will be sent to those indicated as non-registered participants on March

5

14, 2024.

6

7

                                */s/ Laura A. Stoll*

                                   Laura A. Stoll

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4