1  Laura A. Stoll (SBN 255023)
   *LStoll@goodwinlaw.com*
2  GOODWIN PROCTER LLP
   601 South Figueroa Street, 41st Floor
3  Los Angeles, CA 90017
   Tel.: (213) 426-2500
4  Fax: (213) 623-1673

5  *Attorneys for Defendants*
   *Nationstar Mortgage, LLC and Mr. Cooper*
6  *Group, Inc.*

7  *Additional counsel listed below*

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                           FRESNO DIVISION
11

12

| | |
|---|---|
| 13  ADRIAN SCOTT RANDLES, individually and on behalf of all others similarly situated, | Case No. 1:24-CV-00177-KES-SKO |
| 14  Plaintiff, | **STIPULATION FOR BRIEFING TO BE HELD IN ABEYANCE; ORDER** |
| 15  v. | **(Doc. 19)** |
| 16  NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company d/b/a Mr. Cooper, and MR. COOPER GROUP, INC., a Delaware Corporation, | |
| 17 | |
| 18  Defendants. | |

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Civil Local Rule 144(a), Plaintiff Adrian Scott Randles ("Plaintiff") and
2  Defendants Nationstar Mortgage, LLC and Mr. Cooper Group, Inc. ("Defendants") (together, the
3  "Parties"), by and through their respective attorneys, stipulate as follows:

4  WHEREAS, Plaintiff filed a Motion to Certify a Class (the "Class Certification Motion)
5  (Doc. 9);

6  WHEREAS, Defendants filed a Motion to Transfer Venue to the Northern District of
7  Texas on March 13, 2024, with a hearing noticed for April 17, 2024 (Doc. 15);

8  WHEREAS, the parties previously agreed that, for efficiency of the Court and the Parties'
9  time and resources, the Motion to Transfer Venue should be heard prior to the Class Certification
10 Motion but Plaintiff did not agree with Defendants' request to hold the Class Certification Motion
11 in abeyance;

12 WHEREAS, the Court extended Defendants' time to respond to the Class Certification
13 Motion to April 17, 2024, and ordered that, in the interest of litigation economy and judicial
14 efficiency, the Class Certification Motion is held in abeyance and its hearing date vacated until
15 the Motion to Transfer Venue is resolved (Doc. 17);

16 WHEREAS, the parties have conferred regarding Defendants' time to respond to the Class
17 Certification Motion and agree that, in the interest of litigation economy, remaining briefing on
18 the Class Certification Motion should be held in abeyance until after the Motion to Transfer
19 Venue is resolved;

20 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to
21 the Court's approval:

22  1. The parties agree that the deadline for Defendants to respond to the Class
23     Certification Motion is hereby held in abeyance pending resolution of the
24     Motion to Transfer Venue; and

25  2. If the Court denies the Motion to Transfer Venue, consistent with the
26     Court's prior order regarding a notice to re-set the hearing on the Class
27     Certification Motion (Doc. 17), the parties shall file a proposed schedule

28

2

for remaining briefing on the Motion for Class Certification within seven (7) days of issuance of the denial order.

This is the Parties' second request regarding Defendants' time to respond to the Class Certification Motion, but first request since the Court ordered the Class Certification Motion be held in abeyance pending resolution of Defendants' Motion to Transfer Venue.

**IT IS SO STIPULATED.**

Dated: April 2, 2024           Respectfully submitted,

By: /s/ *Patrick H. Peluso* (as authorized on 4/2/2024)

PATRICK H. PELUSO (*admitted pro hac vice*)
WOODROW & PELUSO, LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
ppeluso@woodrowpeluso.com
Telephone: (720) 213-0676

*Attorneys for Plaintiff*

Dated: April 2, 2024           Respectfully submitted,

By: */s/ Laura A. Stoll*

LAURA A. STOLL (SBN: 255023)
lstoll@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel: +1 213 426 2625
Fax: +1 213 289 7725

*Counsel for Defendants Mr. Cooper Group, Inc. and Nationstar Mortgage d/b/a Mr. Cooper*

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 19), and for good cause shown, it is HEREBY ORDERED THAT:

1. The deadline for Defendants to respond to the Class Certification Motion (Doc. 9) is held in abeyance pending resolution of the Motion to Transfer Venue (Doc. 15); and

2. If the Court denies the Motion to Transfer Venue, consistent with the Court's prior order regarding a notice to re-set the hearing on the Class Certification Motion (Doc. 17), the parties shall file a proposed schedule for remaining briefing on the Motion for Class Certification within seven (7) days of issuance of the denial order.

IT IS SO ORDERED.

Dated: **April 2, 2024**           /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE