1 | W. Kyle Tayman (*admitted pro hac vice*)
ktayman@goodwinlaw.com
2 | GOODWIN PROCTER LLP
1900 N Street, NW
3 | Washington, DC 20036
Tel.: (202) 346-4245
4 | F.: (202) 204-7309

5 | *Attorneys for Defendants*
*Nationstar Mortgage, LLC and Mr. Cooper*
6 | *Group, Inc.*

7 | *Additional counsel listed below*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ADRIAN SCOTT RANDLES, individually and on behalf of all others similarly situated, | Case No. 1:24-CV-00177-KES-SKO |
|---|---|
| Plaintiff, | **STIPULATION FOR RESPONSE TO COMPLAINT TO BE HELD IN ABEYANCE AND ORDER** |
| v. | (Doc. 29) |
| NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company d/b/a Mr. Cooper, and MR. COOPER GROUP, INC., a Delaware Corporation, | |
| Defendants. | |

Pursuant to Civil Local Rule 144(a), Plaintiff Adrian Scott Randles ("Plaintiff") and Defendants Nationstar Mortgage, LLC and Mr. Cooper Group, Inc. ("Defendants") (together, the "Parties"), by and through their respective attorneys, stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on February 7, 2024 (Doc. 1);

WHEREAS, Defendants filed a Motion to Transfer Venue to the Northern District of Texas, which is now submitted and pending after a hearing before the Court on April 17, 2024 (Doc. 27);

WHEREAS, the Court previously extended Defendants' time to respond to the Complaint to May 8, 2024 upon the Parties' agreement (Doc. 17);

WHEREAS, the Court continued the Initial Scheduling Conference and related deadlines set for 5/7/2024 to 11/7/2024 "in light of the pending motion(s)" (Doc. 28);

WHEREAS, the parties have conferred regarding Defendants' time to respond to the Complaint and agree that, in the interest of litigation economy, Defendants' response to the Complaint should be held in abeyance until after the Motion to Transfer Venue is resolved;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval:

1. The parties agree that the deadline for Defendants to respond to the Complaint is hereby held in abeyance pending resolution of the Motion to Transfer Venue; and

2. If the Court denies the Motion to Transfer Venue, the parties shall file a proposed schedule for responding to the Complaint within seven (7) days of issuance of the denial order.

This is the Parties' second request regarding Defendants' time to respond to the Complaint, but first request since the filing and submission of Defendants' Motion to Transfer Venue.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: April 23, 2024 | Respectfully submitted, |
| 2 | | By: /s/ *Patrick H. Peluso* (as authorized on 4/23/2024) |
| 3 | | PATRICK H. PELUSO (*admitted pro hac vice*) |
| 4 | | WOODROW & PELUSO, LLC |
| | | 3900 East Mexico Avenue, Suite 300 |
| 5 | | Denver, CO 80210 |
| | | ppeluso@woodrowpeluso.com |
| 6 | | Telephone: (720) 213-0676 |
| 7 | | *Attorneys for Plaintiff* |

Dated: April 23, 2024            Respectfully submitted,

By: */s/ W. Kyle Tayman*

W. Kyle Tayman (*admitted pro hac vice*)
ktayman@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4245
F.: (202) 204-7309

*Counsel for Defendants Mr. Cooper Group, Inc. and Nationstar Mortgage d/b/a Mr. Cooper*

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 29), and for good cause shown, it is HEREBY ORDERED THAT:

1. The deadline for Defendants to respond to the Complaint is hereby held in abeyance pending resolution of the Motion to Transfer Venue (Doc. 15); and

2. If the Court denies the Motion to Transfer Venue, the parties shall file a proposed schedule for responding to the Complaint within seven (7) days of issuance of the denial order.

IT IS SO ORDERED.

Dated:  **April 23, 2024**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE