UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADRIAN SCOTT RANDLES, on behalf of himself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-1043-B |
| MR. COOPER GROUP, INC. and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER | § § § § | |
| Defendant. | § § | |

### ORDER

This matter is **TRANSFERRED** to the docket of the Honorable Chief Judge David C. Godbey. All future pleadings in this case shall be filed under Civil Action **No. 3:24-CV-1043-N**.

SO ORDERED.

SIGNED: May 1, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

– 1 –